## PEOPLE v. HIGGINS.

### No. 20,214; September 30, 1886.

#### 12 Pac. 301.

**Criminal Law.—Where the Instructions Given by the Court are Contradictory,** the judgment will be reversed.

APPEAL from Superior Court, Mendocino County.

Prosecution for assault with deadly weapon, with intent to do great bodily harm. Defendant was found guilty, fined one hundred dollars, and appealed to the supreme court.

Attorney General for the people; J. A. Cooper for appellant.

By the COURT.—In respect to the crime of which defendant was convicted, the instructions of the court below to the jury were conflicting, for which reason the judgment and order are reversed, and cause remanded for a new trial.